**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Joshua L. Dellinger and Jessica L. Blackwell,
Defendants,

Of whom Jessica L. Blackwell is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-000983

─────────────

Appeal From York County
Thomas Henry White, IV, Family Court Judge

─────────────

Unpublished Opinion No. 2019-UP-085
Submitted February 4, 2019 – Filed February 14, 2019

─────────────

**AFFIRMED**

─────────────

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

R. Chadwick Smith, of the South Carolina Department of
Social Services, of Rock Hill, for Respondent.

Rebecca T. McNerney, of Charlotte, North Carolina, for the Guardian ad Litem.

---

**PER CURIAM:** Jessica L. Blackwell appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Blackwell's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and SHORT and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.